DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**B.J.P.,** a Child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-830

[October 15, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn R. Bell, Judge; L.T. Case No. 50-2019-CJ-002377-XXXX-MB.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CIKLIN, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***